```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                        Case No. 16-04452-RNO
Danielle A Totaro                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5              User: DGeorge              Page 1 of 1              Date Rcvd: May 14, 2019
                                  Form ID: fnldec            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2019.
db              +Danielle A Totaro,    P.O. Box 917,    Stroudsburg, PA 18360-0917

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    Freedom Mortgage Corporation bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor    Pingora Loan Servicing, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Timothy B. Fisher, II    on behalf of Debtor 1 Danielle A Totaro donna.kau@pocono-lawyers.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                 TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Danielle A Totaro,       Chapter    13

**Debtor 1**

Case No.    5:16−bk−04452−RNO

Social Security No.:
         xxx−xx−4554

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: May 14, 2019          By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: DGeorge, Deputy Clerk

**fnldec** (05/18)